FILE COPY

No. 07-23-00164-CR

| | | |
|---|---|---|
| Bijan Mauray Wolridge<br>    Appellant | § | From the 21st District Court<br>    of Lee County |
| | § | |
| v. | | October 19, 2023 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Yarbrough |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated October 19, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o